Harvey W. Geller (SBN 123107)
hgeller@carltonfields.com
CARLTON FIELDS JORDEN BURT, LLP
2000 Avenue of the Stars, Suite 530N
Los Angeles, CA 90067-4707
Telephone: (310) 843-6300
Facsimile: (310) 843-6301

Attorneys for Defendant and Counter-Claimant
Coloredge, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSS LITHO INC., <br><br> Plaintiffs, <br><br> vs. <br><br> COLOREDGE, INC., and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-09210-PA (RAOx) <br><br> Assigned to Hon. Percy Anderson <br><br> **FINAL JUDGMENT** |

    1.    Counter-Claimant Coloredge, Inc.'s ("Coloredge") Motion for Summary Judgment against Counter-Defendant Boss Litho, Inc. ("Boss Litho") as to its counter-claims for breach of contract, goods sold and delivered, and open book account was set for hearing on October 2, 2017.

    2.    On September 27, 2017, the Court, after considering the moving, opposition, and reply briefs and the evidence submitted by the parties, vacated the hearing and **GRANTED** Coloredge's Motion for Summary Judgment, stating :

> The Court grants Coloredge's Motion for Summary Judgment
> and concludes that Boss Litho has breached its obligations to
> pay to Coloredge the amount of $640,795.25, and that

1

112624509.3

Coloredge is entitled to $70,399.56 in prejudgment interest.

The Court will delay issuing a Judgment pending resolution of the claims asserted by Boss Litho in its First Amended Complaint. (Dkt. 41)

3. On October 20, 2017, Boss Litho dismissed with prejudice its First Amended Complaint in its entirety. (Dkt. 43) In view of the dismissal of Boss Litho's First Amended Complaint, the Court founds it appropriate to issue a final judgment.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Coloredge, Inc. and against Boss Litho, Inc. in the amount of $711,194.81, which is comprised of principal of $640,795.25 and pre-judgment interest of $70,399.56 through October 2, 2017.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to Fed. R. Civ. Proc. §54(d) and any other applicable code section or rule, Coloredge , Inc. shall recover its costs from Boss Litho, Inc.

DATED: October 20, 2017

_____
HON PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2
112624509.3